# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**FILED**

### JUDGMENT IN A CRIMINAL CASE

(For Revocation of Probation or Supervised Release)

2009 MAR 27 P 3: 51

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**UNITED STATES OF AMERICA**

CASE NUMBER:  3:05-cr-97-J-25TEM
USM NUMBER:  31000-018

V.

**JERRY MATTEAR**

Defendant's Attorney: Donald Mairs, Esq. (Cja)

## THE DEFENDANT

<u>X</u>    admitted guilt and is adjudicated guilty to violation of charge number's <u>1 -3</u> of the conditions of supervised release of the Petition (Dkt. #99).

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to report to the Probation Office within 72 hours of release, In violation of the Standard Conditions of Release | October 10, 2008 |
| Two | Failure to notify ten days prior to, Any change in residence, In violation of the Standard Conditions of Release | October 10, 2008 |
| Three | Failure to submit urinalysis, In violation of the Standard Conditions of Release | October 25, 2008 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Date of Imposition of Sentence: March 26, 2009

**HENRY LEE ADAMS, JR.**
**UNITED STATES DISTRICT JUDGE**
DATE: March __2__, 2009

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **13 months.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

\_\_\_\_ at _____ a.m.     p.m.     on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_\_ before  **p.m. on .**

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

| Defendant: | **JERRY MATTEAR** | Judgment - Page 3 of 3 |
|---|---|---|
| Case No.: | 3:05-cr-97-J-25TEM | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    (o) months.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

  X      The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

  X      The defendant shall cooperate in the collection of DNA as directed by the probation officer.

  _      The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works or is a student, as directed by the probation officer.

  _      The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.